# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WEINSTEIN GROUP, INC. <br> d/b/a BrightWell Talent Services, <br> <br> Plaintiff, <br> <br> v. <br> <br> O'NEILL & PARTNERS, LLC, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:19-cv-01533-CAP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER**

COMES NOW, Defendant O'Neill & Partners, LLC ("Defendant"), and hereby files this Motion pursuant to Local Rule 7.1(D) for an Order to allow it to file its Memorandum of Law in Support of its Motion to Dismiss or, in the Alternative, Motion to Transfer ("Brief") in excess of the twenty-five (25) page limit provided for by the local rules.  In support thereof, Defendant states as follows:

1.      Local Rule 7.1(D) sets forth a twenty-five (25) page limit for briefs filed in support of motions.  The Brief concerns a dispositive motion and the substantive issues involved, including personal jurisdiction, venue and possible transfer, are fact and case law intensive.  Consequently, Defendant anticipates the need for an

additional five (5) pages of argument in excess of the standard page limit for its Brief, to apprise the Court of the relevant facts and law.

2. To be able to fully and completely address the bases for dismissal and, alternatively, the factors for a potential transfer, Defendant respectfully seeks the entry of an Order allowing it to file a Brief not to exceed thirty (30) pages in substantive argument.

3. Prior to filing the instant Motion, Defendant communicated with counsel for Plaintiff, who indicated Plaintiff would not oppose this Motion.

WHEREFORE, Defendant respectfully requests that the Court enter an Order, substantially in the form submitted herewith, granting the relief requested herein, and for such other and further relief as it deems just and proper.

Respectfully submitted this 9th day of April, 2019.

**TAYLOR ENGLISH DUMA LLP**

/s/ Joseph C. Sullivan
Joseph C. Sullivan
Georgia Bar No. 153098
jsullivan@taylorenglish.com

1600 Parkwood Circle - Suite 200
Atlanta, Georgia 30339
Telephone:  (770) 434-6868
Facsimile:  (770) 434-7376

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WEINSTEIN GROUP, INC.<br>d/b/a BrightWell Talent Services,<br><br>    Plaintiff,<br><br>v.<br><br>O'NEILL & PARTNERS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:19-cv-01533-CAP<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1**

I HEREBY CERTIFY, in accordance with LR 7.1D, that I prepared the foregoing in Times New Roman, 14-point font, as approved by LR 5.1C.

Respectfully submitted this 9th day of April, 2019.

                                        **TAYLOR ENGLISH DUMA LLP**

                                        /s/ Joseph C. Sullivan
                                        Joseph C. Sullivan
                                        Georgia Bar No. 153098
                                        jsullivan@taylorenglish.com

1600 Parkwood Circle - Suite 200
Atlanta, Georgia 30339
Telephone:  (770) 434-6868
Facsimile:   (770) 434-7376

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Defendant's Unopposed Motion to Exceed Page Limit for Memorandum of Law in Support of Motion to Dismiss or, in the Alternative, Motion to Transfer** was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

This 9th day of April, 2019.

                                              **TAYLOR ENGLISH DUMA LLP**

                                              /s/ Joseph C. Sullivan
                                              Joseph C. Sullivan
                                              Georgia Bar No. 153098
                                              jsullivan@taylorenglish.com